# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

June 30, 2017

**Before**

WILLIAM J. BAUER, *Circuit Judge*

JOEL M. FLAUM, *Circuit Judge*

MICHAEL S. KANNE, *Circuit Judge*

No. 16-4254

| | |
|---|---|
| UNITED STATES OF AMERICA, | Appeal from the United States |
| *Plaintiff-Appellee,* | District Court for the Northern District of Indiana, South Bend Division. |
| *v.* | |
| | No. 3:15-cr-00048-JD-MGG-1 |
| VINCENT JONES, | |
| *Defendant-Appellant.* | Jon E. DeGuilio, |
| | *Judge.* |

## O R D E R

The opinion issued on June 28, 2017, in connection with the above-referenced case, is AMENDED as follows:

Page 6, first paragraph under the heading Discussion, line 5: the word "in" should be inserted after the word "wrong."

Page 10, footnote 1, is completely replaced with the following language: "For purposes of argument, we will assume that the gun safes were closed, and thus the officers could not have observed the guns in plain view."